## Commonwealth *v.* Gregurich, Appellant.

Argued April 12, 1973. *John J. Regule,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hannan, Appellant.

Argued April 13, 1973. *Herbert G. Labbie,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.